### 11642.   WARD v. THE STATE.

BROYLES, C. J.  The sole error assigned is the overruling of the motion for a new trial, which contained only the usual general grounds. The evidence amply authorized the verdict.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED JULY 28, 1920.

Conviction of shooting at another; from Walton superior court— Judge Cobb.  May 12, 1920.

*Orrin Roberts,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.